**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **LYNDA B. GARY** | ) | |
| | ) | **Case Number: 24-933-JAW** |
| **Debtor** | ) | **CHAPTER 13** |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**NOW COMES** Nicholas D. Garrard of the law firm Wilkins Patterson, P.A. and gives notice to the Court and to all parties of his appearance as counsel of record for JMAG, LLC.

**REQUEST** is further made by counsel, pursuant to Fed. R. Bankr. P. 2002 and 9013, that all pleadings, notices, and any other papers filed or submitted in this case be served upon undersigned counsel at the office address and email address set forth below.

**RESPECTFULLY SUBMITTED**,

BY:  **JMAG LLC**

BY:  Wilkins Patterson, P.A.

_/s/Nicholas D. Garrard_

Nicholas D. Garrard MSB 102404
Post Office Box 1080
Ridgeland, Mississippi 39158
Telephone: 601-366-4343
Telefax: 601-981-7608
Email: ngarrard@wilkinspatterson.com

*Attorney for JMAG, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this date I served a copy of this *Entry of Appearance and Request for Notice* by filing the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsels of record as follows:

T.C. Rollins, Jr.
*Attorney for Debtor*

Toni Parker Martin
*Ch. 13 Trustee*

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

So certified this the 14th day of May, 2026.

*/s/Nicholas D. Garrard*____
Nicholas D. Garrard