JMAG, LLC has assigned this agreement to its secured lender, Paducah Bank. All subsequent assignments are prohibited.

**JMAG LLC**
P.O. Box 282, Harrisburg, Illinois 62946
(P) (618) 294-9494
(E) office@jmagllc.com
(W) https://jmagllc.com



Order # **163494**

## RENTAL-PURCHASE AGREEMENT
FOR USE IN ALABAMA

This Rental Purchase Agreement ("Agreement")is entered into **June 28, 2022**, between JMAG, LLC, Lessor, located at the address above and **Lynda Gary**, whose address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
THE RENTED PROPERTY WILL BE LOCATED AT THE FOLLOWING ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

In this Agreement , "you" and "your" mean the person or persons signing this Agreement as Lessee/Rental Customer. "We", "us" and "our" refer to JMAG, LLC, Lessor. "Property" refers to the rental Property described below.

**1. Description of Property: Condition: New / Color: White (Paint) / Style: 12x28x7 Cabin / Price: $14,704.95 (Not Including Tax) / Building ID#: C-10146-1228-031522**

**Damage to Property:**

**2. Term and Rental Rate: This Agreement is for two months. You must make rental payment for the first two months. You can renew this Agreement for additional one month terms at your option by making an advance rental renewal payment on the same day of each month, beginning** August 18, 2022 **for each month that you wish to use the Property.**
**The monthly rental rate is** $578.47 **which includes tax.**

**3. Initial Payment: You must make an Initial Payment of $200.00 before we will deliver the Property to you. If you choose, you can reduce the amount of your monthly rental payment by making a Greater Initial Payment. If you make a total Greater Initial Payment of** _____ **which consists of** _____ **to reduce the rent to own amount and sales tax of** _____ **at 7.000% your total monthly rental payments would be** _____ **each month. Taxes are subject to changes in the tax rate.**

**4. Total Rental Purchase Cost: If you rent the Property for 60 months in a row, you will obtain ownership of the Property. You will have paid $** $34,708.01 **(60 months times** 578.47 **per month), including taxes but not including any fees.**

**5. Early Purchase Option. As an alternative, you can exercise an Early Purchase Option (EPO) at any time. Within 90 days of** June 28, 2022 **by paying cash price, less all rental payments made (not including any taxes or fees), plus sales tax, less the amount of your Greater Initial Payment (if applicable). After 90 days by paying 45% of the remaining rental payments, plus tax. You must be current on all payments due to us before you can exercise an Early Purchase Option. You will not own the Property until you make all payments necessary for ownership under this Agreement. You understand that we retain title to the Property until you obtain ownership.**

**6. Your Liability for Loss or Damage: We Do Not Carry Insurance on the Property. You do not have to buy insurance for the Property from us or from any insurer owned or controlled by us. During this Agreement, you are responsible for the fair market value of the Property or our reasonable costs of repair on the date of loss if it is stolen, damaged, or destroyed from all causes.**

**7. Other Charges: These charges are reasonably related to the services performed.**
**Late Fee: $5.00. If your monthly payment is more than 3 days late you must pay this fee.**
**NSF Fee: $25.00. If your check is returned unpaid for any reason, you must pay us this fee. If you bounce a check, you must make all payments after that with guaranteed funds.**
**Convenience Fee: $3.99. If you pay by credit or debit card over the phone, you may be charged a Convenience Fee for each such payment.**
**Payment Pickup Fee: $100.00. If we go to your premises to pick up a rental payment, you must pay a pickup fee for the trip.**

Doc ID: 9b4ade41886f5089ad281a7457426efcbe426036

**8. Termination: If you fail to make two rental renewal payments in a row, and after any notice required by law, this Agreement expires and you must return the Property to us as soon as we ask you to. You can terminate this Agreement at any time by surrendering the Property to us. You must return the Property and pay us all amounts you owe under this Agreement through the date of return. We can terminate this Agreement if you fail to keep any of its terms, all of which are material. We will give you 5 days advance notice of the date of pick up, and you agree remove all of your belongings from the Property before pick up. You will remain liable to any past due amounts after we pick up the Property.**

**9**. Reinstatement: **If you fail to make a timely** rental renewal payment, this Agreement expires. You can reinstate it without losing any rights or option previously acquired if you return the Property to us within 5 days after the renewal date. If you return the Property to us within that time, you will have 30 days after the date of return to reinstate by paying all rental renewal payments and other charges that are due.If you reinstate, we will provide you with the same Property or similar Property of comparable quality and condition.

**10. Reimbursement of Costs:** If this Agreement terminates and you fail to return the Property or if you breach any other term in this Agreement, and after we give you any notice required by law, you will be liable for our costs of repossessing our Property and our damages, which may include our court costs and attorney's fees if incurred and if allowed by law.

**11. Use of the Property:** You must not permit the Property to be altered by constructing shelves, adding equipment or accessories, placing any signs on it, or otherwise. You must not allow the Property to be affixed to any real estate in such a manner that it cannot be removed without damage. You must not allow the Property to be used for any unlawful purpose or for housing any animal(s). You cannot live or allow anyone else to live in the Property. You must allow us access to the Property at all reasonable times.

**12. Installation and Removal of Property:** We will install the Property at the location you designate. We will not be responsible to any damage to your yard or other property due to our installation or removal of the Property.

**13. Title, Maintenance, and Warranty: We retain title and ownership of the Property until you buy it or acquire ownership as provided in this Agreement. You must keep the Property at the address listed above. You must maintain the Property in workable order and usable condition, fair wear and tear excepted during this Agreement. If you obtain ownership of the Property, we will transfer any manufacturer's warranty to you that is still in effect if permitted by the terms of the warranty.**

**14. Assignment:** You have no right to assign, transfer, pledge, encumber, pawn, sell, or sublease the Property or your rights under this Agreement without our prior written consent. We can sell, transfer, or assign this Agreement without notice to you.

**15. Location, Easement, and Contents of Property:** You agree to keep the Property in your possession at the address listed above. If you move the Property without getting our prior written consent, it is a breach of this Agreement. If you get our consent to move the Property, you must pay all costs related to the move. You grant us a temporary easement to enter your premises for deliver and pick up the Property. We will use reasonable care not to damage your real or personal property when delivering or picking up the Property. However, if any damage does occur, you waive any claim for reimbursement for any damages. You acknowledge that granting us the easement and waiver are material terms in this Agreement. We are not in the warehouse business, and we do not have any custody, possession or control of the contents of the Property. We do not provide any protection whatsoever to those contents. We will not be liable to you or anyone else due to the loss, damage, or destruction of any of the contents of the Property unless it is caused by our own negligence. If we are at fault for any loss, our liability is limited to the value of the Property. You agree not to store any of your personal effects in the Property that are worth than the Property. If this Agreement terminates for any reason, you agree to remove all contents from the Property before we pick it up or it is returned to us. If you do not remove those contents, and we take possession of the Property, you agree that we can dispose of those contents as we see fit with no liability to us.

**16. Insurance, Condition of Property and Inspection:** You must maintain liability and hazard insurance on the Property during this Agreement. **You are not required to purchase insurance for the Property from us or from any insurer owned or controlled by us.** You agree that you have examined the Property, know its condition, and agree to rent it, "as is." We make no representation or promises of any kind about the condition, quality, suitability or fitness for a particular purpose for the Property. To the extent permitted by law, we disclaim any Implied Warranty of merchantability or Fitness for a Particular Purpose. You agree that we have the right to inspect the Property at all reasonable times.

Doc ID: 9b4ade41886f5089ad281a7457426efcbe426036

17. **OPTIONAL** **Damage Waiver Provision:** This contract offers an Optional Loss Damage Waiver for an additional charge to cover your responsibility for loss of or damage to the building. You do not have to purchase this coverage. Before deciding whether to purchase this loss damage waiver, you may consider whether your homeowners' or casualty insurance policy affords you coverage for loss of or damage to rental merchandise and the amount or the deductible you would pay under your policy. If you choose to include the Optional Loss Damage Waiver Fee in the amount of $0.00 with your monthly Rental payment while this provision is in effect, JMAG, LLC agrees to waive my liability to JMAG, LLC for loss of or damage to the building. This Optional Loss Damage Waiver Provision does not apply to loss of or damage to the building that is caused by unexplained disappearance or abandonment of the building or and other damage that is intentionally caused by you or that results from you willful or wanton misconduct. If the building is lost or damaged as a result of a criminal act, you must provide JMAG, LLC with a police report.
This provision will remain in effect until it is cancelled. You or JMAG, LLC may terminate this Optional Loss Damage Waiver at any time without notice and the termination will become effective at the end of the current period for which you have paid this Optional Loss Damage Waiver Fee. This provision will automatically expire if you are more than 14 days past due. This Optional Loss Damage Waiver Provision is an additional part of the rental agreement. If you make all renewal payments necessary to acquire ownership of the merchandise, the total charge for the Optional Damage Waiver will be $0.00 . **Do you choose to include the Optional Loss Damage Waiver fee with your monthly Rental Payment? No**

18. **Email/SMS Test Messaging:** You agree that from time to time we may notify you of rental payments due and/or past due by email and/or text message. We will remove you from our email/text message list if you notify us in writing. By signing this Agreement, you agree to be contacted by automated dialing, email and messaging systems.

19. **ARBITRATION AND WAIVER OF JURY TRIAL:** PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. UNLESS YOU EXERCISE YOUR RIGHT TO OPT-OUT OF ARBITRATION IN THE MANNER DESCRIBED BELOW, YOU AGREE THAT ANY DISPUTE WILL BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO HAVE A JURY TRIAL, TO ENGAGE IN DISCOVERY (EXCEPT AS MAY BE PROVIDED FOR IN THE ARBITRATION RULES), AND TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS OR IN ANY CONSOLIDATED ARBITRATION PROCEEDING OR AS A PRIVATE ATTORNEY GENERAL. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO BE UNAVAILABLE IN ARBITRATION.

Agreement to Arbitrate. You and we (defined below) agree that any Dispute (defined below) will be resolved by Arbitration. This agreement to arbitrate is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and the substantive law of the State of where you live (without applying its choice-of-law rules). Nothing in this arbitration agreement is intended to prevent either of us from filing a lawsuit in an appropriate small claims court for an amount that does not exceed the court's jurisdictional limits. If counterclaims or other motions would cause the lawsuit to be removed from small claims court to another court, the dispute must be resolved by arbitration.

What Arbitration Is. "Arbitration" is a means of having an independent third party resolve a Dispute. A "Dispute" is any claim or controversy of any kind between you and us. The term Dispute is to be given its broadest possible meaning and includes, without limitation, all claims or demands (whether past, present, or future, including events that occurred prior to origination of your Rental-Purchase Agreement ("Agreement") and whether or not an Agreement is provided to you, based on any legal or equitable theory (contract, tort, or otherwise) and regardless of the type of relief sought (i.e., money, injunctive relief, or declaratory relief). A Dispute includes, by way of example and without limitation, any claim based upon a federal or state constitution, statute, ordinance, regulation, or common law, and any issue concerning the validity, enforceability, or scope of this arbitration agreement.

For purposes of this arbitration agreement, the terms "you" and "your" include any co-signer, co-obligor, or guarantor and also your heirs, guardian, personal representative, or trustee in bankruptcy. The terms "we," "our," and "us" mean Lessor and include Lessor's employees, officers, directors, members, managers, attorneys, affiliated companies, predecessors, and assigns, as well as Lessor's marketing, servicing, and collection representatives and agents.

How Arbitration Works. If a Dispute arises, the party asserting the claim or demand must initiate arbitration, provided you or we may first try to resolve the matter informally or through customary business methods, including collection activity. The party filing an arbitration must choose either of the following arbitration firms for initiating and pursuing an arbitration: the American Arbitration Association ("AAA") or JAMS, The Resolution Experts ("JAMS"). If the parties mutually agree, a private party, such as a retired judge, may serve as the arbitrator. If you claim you have a Dispute with us, but do not initiate an arbitration or select an arbitrator, we may do so. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

Doc ID: 9b4ade41886f5089ad281a7457426efcbe426036

American Arbitration Association 120 Broadway, 21st Floor New York, NY 10271 Web site: www.adr.org Telephone (800) 778-7879 JAMS, The Resolution Experts 18881 Von Karman Ave., Suite 350 Irvine, CA 92612 Web site: www.jamsadr.com Telephone (949) 224-1810 or (800) 352-5267

The policies and procedures of the selected arbitration firm will apply provided such policies and procedures are consistent with this arbitration agreement. To the extent the arbitration firm's rules or procedures are different than the terms of this arbitration agreement, the terms of this arbitration agreement will apply.

What Arbitration Costs. No matter which party initiates the arbitration, we will advance or reimburse filing fees and other costs or fees of arbitration, provided each party will be initially responsible for its own attorneys' fees and related costs. Unless prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the arbitration.

Location of Arbitration. Unless you and we agree to a different location, the arbitration will be conducted within 30 miles of your then current mailing address.

Waiver of Rights. You are waiving your right to a jury trial, to have a court decide your Dispute, to participate in a class action lawsuit, and to certain discovery and other procedures that are available in a lawsuit. You and we agree that the arbitrator has no authority to conduct class-wide arbitration proceedings and is only authorized to resolve the individual Disputes between you and us. The validity, effect, and enforceability of this waiver of class action lawsuit and class-wide arbitration, if challenged, are to be determined solely by a court of competent jurisdiction and not by the AAA, JAMS, or an arbitrator. If such court refuses to enforce the waiver of class-wide arbitration, the Dispute will proceed in court and be decided by a judge, sitting without a jury, according to applicable court rules and procedures, and not as a class action lawsuit. The arbitrator has the ability to award all remedies available by statute, at law, or in equity to the prevailing party.

Applicable Law and Review of Arbitrator's Award. The arbitrator shall apply applicable federal and the substantive law of the state where you live and the terms of this Agreement. The arbitrator must apply the terms of this arbitration agreement, including without limitation the waiver of class-wide arbitration. The arbitrator shall make written findings and the arbitrator's award may be filed with any court having jurisdiction. The arbitration award shall be supported by substantial evidence and must be consistent with this Agreement and with applicable law, and if it is not, it may be set aside by a court. The parties shall have, in addition to the grounds referred to in the Federal Arbitration Act for vacating, modifying, or correcting an award, the right to judicial review of (a) whether the findings of fact rendered by the arbitrator are supported by substantial evidence and (b) whether the conclusions of law are erroneous under the substantive law of the state where you live and applicable federal law. Judgment confirming an award in such a proceeding may be entered only if a court determines that the award is supported by substantial evidence and is not based on legal error under the substantive law of the state where you live and applicable federal law.

Survival. This arbitration provision shall survive: (1) cancellation, payment, charge-off, or assignment of this Agreement; (2) the bankruptcy of any party; and (3) any transfer, sale, or assignment of this Agreement, or any amounts owed under this Agreement, to any other person or entity.

Right to Opt-Out. If you do not wish to agree to arbitrate all Disputes in accordance with the terms and conditions of this section, you must advise us in writing at our address, above, by either hand delivery or a letter postmarked no later than thirty (30) days following the date you enter into this Agreement. You may opt-out without affecting your application or status as a lessee at our address above.

20. **Jurisdiction and Governing Law:** This Agreement shall be controlled by Alabama law and venue will be in the county where you live or where the Property is located.

21. **Signature:** By signing this Agreement, you agree (1) that you have read and understand this Agreement and that you received a signed copy of it; (2) that you have been given a signed copy of this Agreement with the blanks filled in; (3) that we have the right to assign this Agreement to someone else and that you will have to make payments to that person if we do so.

*Wesley D. Gwaltney*
JMAG, LLC
(618) 294-9494

Lessee/Rental Customer: *Lynda Avery*

Co-Lessee/Co-Rental customer:

Doc ID: 9b4ade41886f5089ad281a7457426efcbe426036

```
                              JMAG LLC                                          Employee: PNG
                              P.O. Box 282
                              Harrisburg, IL 62946
                              618-294-9494

                              **** PAYMENT HISTORY REPORT ****

GARY, LYNDA                                                                     DATE: 4/23/24
██████████████████       #              ACCT#:    █1276                         TIME: 8:40:48 AM

HM PHONE:  WK PHONE:
CELL PHONE: ███████████   OTHER PHONE:  Message Phone:
--------------------------------------------------------------------------------------------------
```

Contract Information

| Contract# | Type | Term | Due Date | Payment | LDW | Club | Tax | Total Payment | Other Charges Due |
|-----------|------|------|----------|---------|------|------|-------|---------------|-------------------|
| 300021300 | R | M | 5/18/24 | 540.62 | 0.00 | 0.00 | 37.84 | 578.46 | 0.00 |

Payment History

| Receipt# | Date Paid | Date Due | Next Due | Contract | Days Late | Pmt | LDW | Club | Other | Tax | Total | PF | Empl. | Time | CK Number |
|----------|-----------|----------|----------|----------|-----------|-----|------|------|-------|-----|-------|-----|-------|------|-----------|
| P010482710 | 4/18/24 | 4/18/24 | 5/18/24 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:49 AM | PD: 04/18/2024 |
| P010474472 | 3/18/24 | 3/18/24 | 4/18/24 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:45 AM | PD: 03/18/2024 |
| P010467828 | 2/21/24 | 2/18/24 | 3/18/24 | 300021300 | 3 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:45 AM | PD: 02/21/2024 |
| P010459792 | 1/18/24 | 1/18/24 | 2/18/24 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | TLH | 07:54 AM | PD: 01/18/2024 |
| P010452710 | 12/19/23 | 12/18/23 | 1/18/24 | 300021300 | 1 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:58 AM | PD: 12/19/2023 |
| P010446018 | 11/20/23 | 11/18/23 | 12/18/23 | 300021300 | 2 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:46 AM | PD: 11/19/2023 |
| P010438967 | 10/19/23 | 10/18/23 | 11/18/23 | 300021300 | 1 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:43 AM | PD: 10/19/2023 |
| P010431883 | 9/19/23 | 9/18/23 | 10/18/23 | 300021300 | 1 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:51 AM | PD: 09/19/2023 |
| P010424859 | 8/18/23 | 8/18/23 | 9/18/23 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | TLH | 10:24 AM | PD: 08/18/2023 |
| P010418013 | 7/18/23 | 7/18/23 | 8/18/23 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ANM | 07:18 AM | PD: 07/18/2023 |
| P010412150 | 6/20/23 | 6/18/23 | 7/18/23 | 300021300 | 2 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:52 AM | PD: 06/20/2023 |
| P010405413 | 5/18/23 | 5/18/23 | 6/18/23 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:48 AM | PD: 05/18/2023 |
| P010399024 | 4/18/23 | 4/18/23 | 5/18/23 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 08:02 AM | PD: 04/18/2023 |
| P010393169 | 3/20/23 | 3/18/23 | 4/18/23 | 300021300 | 2 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | NCL | 07:52 AM | PD: 03/18/2023 |
| P010387188 | 2/20/23 | 2/18/23 | 3/18/23 | 300021300 | 2 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ANM | 08:03 AM | PD: 02/18/2023 |
| P010381062 | 1/18/23 | 1/18/23 | 2/18/23 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ANM | 08:11 AM | PD: 01/18/2023 |
| P010375504 | 12/19/22 | 12/18/22 | 1/18/23 | 300021300 | 1 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | JDM | 07:05 AM | PD: 12/18/2022 |
| P010369910 | 11/18/22 | 11/18/22 | 12/18/22 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ANM | 08:36 AM | PD: 11/18/2022 |
| P010364236 | 10/18/22 | 10/18/22 | 11/18/22 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ANM | 08:20 AM | PD: 10/18/2022 |
| P010358811 | 9/19/22 | 9/18/22 | 10/18/22 | 300021300 | 1 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | HCW | 08:12 AM | PD: 09/18/2022 |
| P010353580 | 8/18/22 | 8/18/22 | 9/18/22 | 300021300 | 0 | 540.62 | 0.00 | 0.00 | 0.00 | 37.84 | 578.46 | V | ASP | 04:41 PM | PD: 08/18/2022 |
| R010348668 | 7/19/22 | 7/19/22 | 8/18/22 | 300021300 | 0 | 186.92 | 0.00 | 0.00 | 0.00 | 13.08 | 200.00 | 1 | WDG | 10:55 AM | |