**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LYNDA B. GARY** | ) | Case Number: 24-933-JAW |
| | ) | |
| Debtor | ) | **CHAPTER 13** |
| | ) | |

**ORDER GRANTING MOTION TO ABANDON**
**AND FOR RELIEF FROM THE AUTOMATIC STAY**

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of JMAG, LLC, [Doc. ____] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x28 portable storage building bearing serial number **C-10146-1228-031522** (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; that the Debtor remains in possession of said property, and the debtor having failed to respond, it is hereby

1

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the property described herein is hereby abandoned from the estate and surrendered by the Debtor; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is terminated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property described herein to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property.

##**END OF ORDER**##

**Prepared by:**

/s/ *Nicholas D. Garrard*_____
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson, P.A.
PO Box 1080
Ridgeland, Mississippi 39157
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for JMAG, LLC*

2