MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re:  LYNDA B. GARY

_____
_Debtor(s)_

Case No.: 24-933-JAW

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
JMAG, LLC _____, a

[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/21/2026

_____
Attorney Signature

Nicholas D. Garrard
Attorney Name

102404
State Bar Number

PO Box 1080
Address

Ridgeland, MS 39158
City, State, and Zip Code

601-366-4343
Telephone Number

ngarrard@wilkinspatterson.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I served a copy of the foregoing Corporate Ownership Statement, by filing the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record as follows:

T.C. Rollins, Jr.
*Attorney for Debtor*

Torri Parker Martin
*Ch. 13 Trustee*

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

This the 20th day of May, 2026.

*/s/ Nicholas D. Garrard*
Nicholas D. Garrard