_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

       **LYNDA B. GARY,**                       **CASE NO. 24-00933-JAW**

                                            **CHAPTER 13**

       **DEBTOR.**

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #35) ("Order") entered on May 20, 2026, for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #33) entered on May 15, 2026. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##