**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                               CHAPTER 13:

LYNDA B. GARY                                           CASE NO. 24-00933-JAW

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY AND MOTION TO COMPEL ABANDONMENT

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Response to the Motion for Relief from Stay and Motion to Compel Abandonment (Docket #30) and in support thereof, would show unto the Court the following:

1.  The Motion for Relief from Automatic Stay (Docket #30) states that the Debtor's direct payments to JMAG, LLC (Claim 2-1) are delinquent as of December 2025.

2.  The Debtor's petition was filed April 17, 2024. The plan was confirmed July 22, 2024 (Docket #21).

3.  The confirmed plan provides that the Debtor will make direct payments to JMAG, LLC (Claim 2-1).

4.  The Code provides that Debtors will be able to make all plan payments and comply with the plan. (11 U.S.C. § 1325(a)(6)). (emphasis added).

5.  The Code further provides that, "the trustee shall make payments to the creditors under the plan." (11 U.S.C. § 1326(c)).

6.  Accordingly, the Debtor should be required to modify the Chapter 13 Plan to include the payments (and arrears if applicable) to JMAG, LLC (Claim 2-1) to be paid through the plan.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Response be received and considered and at the hearing hereon an Order be entered requiring the Debtor to modify the Chapter 13 Plan to include the payments (and arrears if applicable) to JMAG, LLC (Claim 2-1) to be paid through the plan; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: June 1, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Response to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney(s) for Creditor:**

Nicholas D. Garrard, MSB# 102404
Wilkins Patterson, P.A.
P.O. Box 1080
Ridgeland, MS 39157
Office: 601-366-4343
Email: ngarrard@wilkinspatterson.com

**Attorney for Debtor(s):**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
        jennifer@therollinsfirm.com

DATED: June 1, 2026

/s/ *Semoune Ellis*
Semoune Ellis