

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LYNDA B. GARY** | ) | Case Number: 24-933-JAW |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |

## AGREED ORDER GRANTING MOTION TO ABANDON
## AND FOR RELIEF FROM THE AUTOMATIC STAY

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of JMAG, LLC, [Doc. 30] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x28 portable storage building bearing serial number **C-10146-1228-031522** (the "Property"), which remains in possession of the Debtor, to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; the Debtor [Doc. 38] and Trustee [Doc. 39] having filed Responses to the Motion, and the parties having hereby agreed, it is

1

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the property described herein is hereby abandoned from the estate and surrendered by the Debtor; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is terminated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property described herein to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, and it is further

ORDERED that the requirements of Fed. R. Bankr. P. 4001(a)(4) are waived.

**##END OF ORDER##**

**Prepared by:**

/s/ *Nicholas D. Garrard*
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson, P.A.
PO Box 1080
Ridgeland, Mississippi 39157
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for JMAG, LLC*

**Agreed:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
*Attorney for Debtor*

/s/ *Semoune Ellis*
Semoune Ellis,
*Attorney for Ch. 13 Trustee*