United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 24-00933-JAW

Lynda B Gary                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                     Page 1 of 1

Date Rcvd: Jun 15, 2026             Form ID: pdf012                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

**Recip ID**            **Recipient Name and Address**
db                + Lynda B Gary, 4722 Fletchers Chapel Rd, Yazoo City, MS 39194-9522

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

Nicholas D Garrard
                    on behalf of Creditor JMAG  LLC ngarrard@wilkinspatterson.com, towens@wilkinspatterson.com;tpark@wilkinspatterson.com

Semoune L Ellis
                    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Lynda B Gary trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LYNDA B. GARY | ) | Case Number: 24-933-JAW |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |

## AGREED ORDER GRANTING MOTION TO ABANDON
## AND FOR RELIEF FROM THE AUTOMATIC STAY

Came on for consideration this day, upon the motion for abandonment of property and relief from automatic stay of JMAG, LLC, [Doc. 30] (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a 12x28 portable storage building bearing serial number **C-10146-1228-031522** (the "Property"), which remains in possession of the Debtor, to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; the Debtor [Doc. 38] and Trustee [Doc. 39] having filed Responses to the Motion, and the parties having hereby agreed, it is

1

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the property described herein is hereby abandoned from the estate and surrendered by the Debtor; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is terminated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property described herein to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, and it is further

ORDERED that the requirements of Fed. R. Bankr. P. 4001(a)(4) are waived.

**##END OF ORDER##**

2

**Prepared by:**

*/s/ Nicholas D. Garrard*
Nicholas D. Garrard (MSB# 102404)
Wilkins Patterson, P.A.
PO Box 1080
Ridgeland, Mississippi 39157
Tel: 601-366-4343
Email: ngarrard@wilkinspatterson.com
*Attorney for JMAG, LLC*

**Agreed:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
*Attorney for Debtor*

*/s/ Semoune Ellis*
Semoune Ellis,
*Attorney for Ch. 13 Trustee*

3